**Order entered December 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01379-CV

**THE JUST FOUNDATION, INC., JONATHAN EMERSON, & EMERSON LAW FIRM, PC, Appellants**

**V.**

**AMEGY BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01540-2014**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellee's November 13, 2014 motion to dismiss appeal.

/s/      DAVID L. BRIDGES
           JUSTICE